**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE APPLICATION OF DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,

Petitioner,

19-cv-1483

v.

VIKAS KUMAR

Respondent.

**EMERGENCY ORDER**

It is HEREBY ORDERED that ICE, through competent medical authority, is authorized to perform non-consensual hydration in the form of IV fluids of Respondent and involuntary medical examinations of Respondent which would include blood draws, weigh-ins and monitoring of vital signs;

It is FURTHER ORDERED that ICE, acting through competent medical authority, is authorized to restrain Respondent if he resists efforts to hydrate, draw blood, be weighed, monitor vital signs and submit to routine medical examinations;

Signed this 15th day of November, 2019 in Alexandria, Louisiana.

UNITED STATES DISTRICT COURT JUDGE